

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2023

No. 04-23-00040-CR

**IN RE** Benhur Isaac **CASTRO RODRIGUEZ**

Original Proceeding[1]

## ORDER

On January 12, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending our final resolution of the petition for writ of mandamus, which we granted in part on January 13, 2023.

After considering the petition, real party in interest's response, relator's reply, and this record, this court concludes relator is partially entitled to the relief sought. Accordingly, the complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his application for writ of habeas corpus is **CONDITIONALLY GRANTED**. The trial court is **ORDERED** to rule on relator's application for writ of habeas corpus filed on September 30, 2022 within 15 days of this order's issuance.

The complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his motion to continue or waive appearance is **DISMISSED** as moot. *See* TEX. R. APP. P. 52.8(a). The stay imposed on January 13, 2023 is **LIFTED**.

The writ will issue only if the trial court fails to comply with this order.

It is so **ORDERED** on October 4, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 13054CR, styled *State of Texas v. Benhur Isaac Castro Rodriguez*, pending in the County Court, Kinney County, Texas, the Honorable Todd Alexander Blomerth presiding.